Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 3309 | **DATE** | 1/3/2004 |
| **CASE TITLE** | Riddell, Inc. vs. Theodore A. Monica, Jr. | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter agreed order of dismissal. The court retains jurisdiction to enforce the terms of the settlement agreement.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | JAN 06 2004 | | 31 |
| | Notified counsel by telephone. | date docketed | | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | date mailed notice | | |
| SLB | courtroom deputy's initials | | mailing deputy initials | |

U.S. DISTRICT COURT
CLERK
04 JAN -6 AM 7:44
FILED-ED TO
Date/time received in central Clerk's Office

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RIDDELL, INC., )
)
         Plaintiff, )
)    Court No. 03 C 3309
         v. )
)    Honorable George W. Lindberg
THEODORE A. MONICA, JR. and )
IMPACT PROTECTIVE EQUIPMENT, )    Magistrate Martin C. Ashman
LLC, )
)
         Defendants. )

**DOCKETED**
**JAN 0 6 2004**

## AGREED ORDER OF DISMISSAL

       The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court retain jurisdiction to enforce the terms of the Settlement Agreement and Mutual Release under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

       1.    The parties shall comply with the terms of the Settlement Agreement and General Release of Claims entered into on December 16, 2003.

       2.    The Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement and General Release of Claims.

       3.    Except as provided for in paragraphs 1 and 2 above, this case is dismissed, with prejudice, each party shall bear its own attorney fees and costs.

ENTER: *George W Lindberg*

DATE:  **JAN 0 2 2004**

**Honorable George W. Lindberg**
**United States District Judge**

AGREED TO:
**JOHNSON & BELL, LTD.**

*Joseph Marconi*

Joseph R. Marconi
Kathryn R. Hoying
55 E. Monroe St., Suite 4100
Chicago, IL 60603
(312) 372-0770
Attorneys for Plaintiff

AGREED TO:
**DILWORTH PAXSON, LLP**

*Marjorie M. Obod*

Marjorie L. Obod
Rachel Kushel
1735 Market St.
Philadelphia, PA 19103
(215) 575-7000
Attorneys for Defendants

DOCS-1001378-v1-Agreed Order of Dismissal

*31*